COURT OF APPEALS OF VIRGINIA

Present: Judges Alston, Decker and Senior Judge Coleman

UNPUBLISHED

GREYHOUND LINES, INC. AND
 ACE AMERICAN INSURANCE COMPANY

                                                    MEMORANDUM OPINION[*]
v.       Record No. 2430-13-4                       PER CURIAM
                                                    MAY 13, 2014
PHILLIP REDFEARN


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Andrew M. Alexander; Semmes, Bowen & Semmes, P.C., on
                briefs), for appellants.

                (Michael J. Beste; Geoff McDonald & Associates, P.C., on brief),
                for appellee.


        Greyhound Lines, Inc. and Ace American Insurance Company (appellants) appeal a

decision of the Workers' Compensation Commission finding Phillip Redfearn's current disability

is causally related to his compensable injury by accident. Appellants contend the commission

incorrectly held that "Dr. [Cyrus S.] Kump [II] is familiar with Redfearn's prior ankle injury"

and incorrectly "gave weight to the opinions of physicians who were unfamiliar with Redfearn's

medical history." Appellants also argue the record does not contain sufficient evidence to

support the findings of the commission. We have reviewed the record and the commission's

opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated

by the commission in its final opinion. See Redfearn v. Greyhound Lines, Inc., VWC File

No. VA00000080320 (Nov. 18, 2013). We dispense with oral argument and summarily affirm

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>